

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MISSISSIPPI ASSOCIATION OF HEALTH PLANS, INC.                    PLAINTIFF

V.                                           CIVIL ACTION NO. 3:24-cv-379-HTW-LGI

MIKE CHANEY, ET AL                                              DEFENDANTS

## ORDER STAYING DISCOVERY

This cause comes before the court on the Immunity Defense Motion or Jurisdictional Defense Motion (Motion to Dismiss - Docket No. 12) filed in the above-styled cause. Rule 16(b)(3)(B) of the Local Uniform Civil Rules for the Northern and Southern Districts of Mississippi provides:

> Filing an immunity defense or jurisdictional defense motion stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the court's ruling on the motion, including any appeal.

IT IS ORDERED that counsel for Plaintiff shall promptly notify the Magistrate Judge of a decision on the motion and shall submit a proposed order lifting the stay, if appropriate. Within fourteen (14) days of entry of the order lifting the stay, the parties shall confer in accordance with L.U.Civ.R.26(c), and all other deadlines will be determined accordingly. A telephonic case management conference shall be scheduled within sixty (60) days of the lifting of the stay. The parties should notify the Court by letter if within thirty (30) days of the lifting of the stay they have not received notice of the case management conference.

ORDERED this 23rd day of July, 2024.

/s/ LaKeysha Greer Isaac
UNITED STATES MAGISTRATE JUDGE